**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Hoover Drilling Company** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-4337670** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8368 W. Lazy Acres Drive**  **Casa Grande, AZ 85193**  Number, Street, City, State & ZIP Code | **P.O. Box 12596**  **Casa Grande, AZ 85130**  P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinal**  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | **Hoover Drilling Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Hoover Drilling Company** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

| | | |
|---|---|---|
| Debtor | **Hoover Drilling Company** | Case number (*if known*) |
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 30, 2024**
MM / DD / YYYY

**X** **/s/ Tommy John Hoover**
Signature of authorized representative of debtor

**Tommy John Hoover**
Printed name

Title **President**

Email Address of debtor

**18. Signature of attorney**

**X** **/s/ Thomas H. Allen**
Signature of attorney for debtor

Date **December 30, 2024**
MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1025**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone **602-256-6000**   Email address **tallen@bkfirmaz.com**

**11160 AZ**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hoover Drilling Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Independent Pipe<br>5303 Rosedale Highway<br>Bakersfield, CA 93308 | | trade debt | | | | $209,951.98 |
| US Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | | All assets | | $185,000.00 | $0.00 | $185,000.00 |
| Roosevelt Irrigation District<br>103 W. Baseline REoad<br>Buckeye, AZ 85326 | | trade debt | Disputed | | | $150,000.00 |
| US Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | | loan | | | | $150,000.00 |
| Acuity Insurance<br>2800 S. Taylor Drive<br>Sheboygan, WI 53081 | | insurance premium | | | | $52,300.58 |
| Liberty Mutual Insurance<br>P.O. Box 85830<br>San Diego, CA 92186-5830 | | insurance | | | | $42,334.63 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | Hoover Drilling Company | | Case number (if known) | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Rentals Inc.**<br>P.O. Box 840514<br>Dallas, TX<br>75284-0514 | | trade debt | | | | $39,766.63 |
| **Sunbelt Rentals**<br>2341 Deerfield Drive<br>Fort Mill, SC 29715 | | trade debt | | | | $32,500.00 |
| **ERC Go**<br>384 S. 400 W, Suite 100<br>Lindon, UT 84042 | | service | | | | $28,875.08 |
| **Intuit**<br>c/o Richard James & Associates Inc.<br>4317 NE Thurston Way, Suite 270<br>Vancouver, WA 98662 | | services | | | | $23,758.21 |
| **Ford Motor Credit Company**<br>P.O. Box 650575<br>Dallas, TX<br>75265-0575 | | 2022 Ford F-550 #9089<br>Monthly payment of $1,525.22 for 60 months beginning 3/19/2023 | | $57,677.17 | $40,000.00 | $17,677.17 |
| **Mitsubishi Capital**<br>P.O. Box 1880<br>Minneapolis, MN 55480-1880 | | 2022 Ford EXP #0511<br>Monthly payment of $1,760.29 for 60 months beginning 7/2/2022 | | $72,171.89 | $55,000.00 | $17,171.89 |
| **Mountainland Supply Company**<br>1505 W. 130 South<br>Orem, UT 84058 | | trade debt | | | | $15,390.29 |
| **Acuity**<br>c/o Zdancewicz Law Firm PLC<br>P.O. Box 51826<br>Phoenix, AZ 85076 | | judgment | | | | $14,110.65 |
| **Bingham Equipment/Earhart Tractor & Equi**<br>4350 S. Palo Verde Blvd.<br>Tucson, AZ 85714 | | trade debt | | | | $13,218.00 |
| **FWS**<br>4502 Willard Street<br>Bakersfield, CA 93314 | | services | | | | $12,500.00 |

| Debtor | **Hoover Drilling Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim   If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ironclad Environmental Solutions**  2626 S. 16th Street  Phoenix, AZ 85034 | | trade debt | | | | $10,800.49 |
| **Chase Bank**  P.O. Box 182223  Dept. OHI-1272  Columbus, OH 43218 | | credit card | | | | $10,000.00 |
| **Elevated Drilling Supply**  2328 W. Huntington Dr.  Tempe, AZ 85282 | | trade debt | | | | $9,930.92 |
| **Continental Technologies, Inc.**  214 Main St.  P.O. Box 128  Little River, KS 67457 | | services | | | | $8,481.91 |

Hoover Drilling Company -

ACUITY  
C/O ZDANCEWICZ LAW FIRM PLC  
P.O. BOX 51826  
PHOENIX AZ 85076

ACUITY INSURANCE  
2800 S. TAYLOR DRIVE  
SHEBOYGAN WI 53081

ACUITY INSURANCE  
2800 S. TAYLOR DR.  
SHEBOYGAN WI 53081

ALLY FINANCIAL  
P.O. BOX 380902  
MINNEAPOLIS MN 55438

ARIZONA DEPARTMENT OF REVENUE  
C/O AZ ATTY GEN TAX, BANKR & COLL SECT  
2005 NORTH CENTRAL AVENUE  
PHOENIX AZ 85004-1592

BIBERK BUSINESS INSURANCE  
C/O LEVITON LAW FIRM  
ONE PIERCE PLACE, SUITE 725 W  
ITASCA IL 60143

BINGHAM EQUIPMENT/EARHART TRACTOR & EQUI  
4350 S. PALO VERDE BLVD.  
TUCSON AZ 85714

BLUE CROSS BLUE SHIELD OF ARIZONA  
P.O. BOX 81049  
PHOENIX AZ 85069-1049

BLUE RIDGE CAPITAL LLC  
570 EASTERN PARKWAY  
BROOKLYN NY 11225

Hoover Drilling Company -

BROWN & JOSEPH  
ONE PIERCE PLACE, SUITE 700W  
ITASCA IL 60143

CAPITAL PUMP & EQUIPMENT  
4050 W. SATURN WAY  
CHANDLER AZ 85226

CHASE BANK  
P.O. BOX 182223  
DEPT. OHI-1272  
COLUMBUS OH 43218

CHTD COMPANY  
P.O. BOX 2576  
SPRINGFIELD IL 62708

CONTINENTAL TECHNOLOGIES, INC.  
214 MAIN ST.  
P.O. BOX 128  
LITTLE RIVER KS 67457

ELEVATED DRILLING SUPPLY  
2328 W. HUNTINGTON DR.  
TEMPE AZ 85282

ERC GO  
384 S. 400 W, SUITE 100  
LINDON UT 84042

FORD MOTOR CREDIT COMPANY  
P.O. BOX 650575  
DALLAS TX 75265-0575

FWS  
4502 WILLARD STREET  
BAKERSFIELD CA 93314

Hoover Drilling Company -


HEARTLAND WISCONSIN CORP.
445 W. OKLAHOMA AVENUE
MILWAUKEE WI 53207


HUMPHREY BERGER & ASSOC. LLP
23901 CALABASAS ROAD, SUITE 1069
CALABASAS CA 91302


INDEPENDENT PIPE
5303 ROSEDALE HIGHWAY
BAKERSFIELD CA 93308


INTUIT
C/O RICHARD JAMES & ASSOCIATES INC.
4317 NE THURSTON WAY, SUITE 270
VANCOUVER WA 98662


IRONCLAD ENVIRONMENTAL SOLUTIONS
2626 S. 16TH STREET
PHOENIX AZ 85034


IRONCLAD ENVIRONMENTAL SOLUTIONS
P.O. BOX 671562
DALLAS TX 75267-1562


JACK D. CURTIS
BURCH & CRACCHIOLO, P.A.
1850 N. CENTRAL AVE., #1700
PHOENIX AZ 85004


JOHN HOOVER
P.O. BOX 11330
CASA GRANDE AZ 85130


LEIB SOLUTIONS LLC
P.O. BOX 22
MAPLE SHADE NJ 08052

Hoover Drilling Company -

LIBERTY MUTUAL INSURANCE
P.O. BOX 85830
SAN DIEGO CA 92186-5830


MARK A. KIRKORSKY, P.C.
1119 W. SOUTHERN AVENUE
2ND FLOOR
MESA AZ 85210


MITSUBISHI CAPITAL
P.O. BOX 1880
MINNEAPOLIS MN 55480-1880


MOUNTAINLAND SUPPLY COMPANY
1505 W. 130 SOUTH
OREM UT 84058


NORTH MILL EQUIPMENT FINANCE
601 MERRITT 7, #5
NORWALK CT 06851


O-K BIT SERVICE
P.O. BOX 9
307 THUNDERBIRD ROAD
TONKAWA OK 74653


RANDY J. CHRISTIANSEN & ASSOCIATES
1433 W. 130 SOUTH
P.O. BOX 1776
OREM UT 84059


ROOSEVELT IRRIGATION DISTRICT
103 W. BASELINE REOAD
BUCKEYE AZ 85326


SEAMLESS CAPITAL GROUP, LLC
2329 NOSTRAND AVENUE
BROOKLYN NY 11210

Hoover Drilling Company -


SUNBELT RENTALS
2341 DEERFIELD DRIVE
FORT MILL SC 29715


TINA HOOVER
P.O. BOX 11330
CASA GRANDE AZ 85130


TOMMY HOOVER
P.O. BOX 10369
CASA GRANDE AZ 85130


TOPMARK FUNDING
516 GIBSON DRIVE, #160
ROSEVILLE CA 95678


UNITED RENTALS INC.
P.O. BOX 840514
DALLAS TX 75284-0514


UNIVERSAL WASTE SYSTEMS, INC.
AC SANITATION SERVICE
P.O. BOX 3038
WHITTIER CA 90605


US SMALL BUSINESS ADMINISTRATION
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPORT ROAD
FORT WORTH TX 76155

In re **Hoover Drilling Company**
Debtor(s)

Case No. _____
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hoover Drilling Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 30, 2024**
Date

/s/ Thomas H. Allen
**Thomas H. Allen 11160**
Signature of Attorney or Litigant
Counsel for **Hoover Drilling Company**
Allen, Jones & Giles, PLC
1850 N. Central Avenue, Suite 1025
Phoenix, AZ 85004
602-256-6000 Fax:602-252-4712
tallen@bkfirmaz.com